JAMES M. CANINO v. DAVID HARDY.

October 4, 1983.

ORDERED that the motion for leave to appeal is granted.

JOHN FIORINO v. JAMES G. CLAYTON.

October 5, 1983.

Petition for certification dismissed as moot.

JAMES DUVA v. BOROUGH OF HAMPTON.

October 11, 1983.

Petition for certification denied.